

# THE THIRTEENTH COURT OF APPEALS

---

13-18-00652-CR

---

Victor Cisneros
v.
The State of Texas

---

On Appeal from the
377th District Court of Victoria County, Texas
Trial Court Cause No. 17-10-30261-D

---

## JUDGMENT

This Court's judgment issued on October 15, 2020, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and rendered in part and affirmed in part. The Court orders the judgment of the trial court REVERSED AND RENDERED IN PART AND AFFIRMED IN PART.

We further order this decision certified below for observance.

March 4, 2021